**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

1. Jerome Adams
249 Thomas Boyland St, Apt 21P
Brooklyn, NY 11216
(Brooklyn County)

2. Mechelle Agard
307 Sterling St, Apt E7
Brooklyn, NY 11225
(Brooklyn County)

3. Marlin Alcantara
210 NW 153rd Street Apt 4C
New York, NY 10039
(New York County)

4. Guy Alcindor
1098 E 58th Street
Brooklyn, NY 11234
(Brooklyn County)

5. Andy Almonte
2115 Ryer Avenue, 44A
Bronx, NY 10457
(Bronx County)

6. Ekei Ani
11545 148th Street
Jamaica, NY 11436
(Bronx County)

7. Olaitan Aribidesi
175 East 151st Street
Bronx, NY 10451
(Bronx County)

8. Jacqueline Ataliede
2070 Bronx Park E, #6Q
Bronx, NY 10462
(Bronx County)

9. Hector Austin
71 E 91st Street
Brooklyn, NY 11212
(Brooklyn County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

10. Tabitha Baez
891 Fox Street, #5E
Bronx, NY 10459
(Bronx County)

11. Tina Baez
1862 Putnam Avenue, #3L
Ridgewood, NY 11385
(Suffolk County)

12. Mary Baker
330 E 115th Street
New York, NY 10029
(New York County)

13. Olayinka Balogun
1816 St. Johns Place, #C2
Brooklyn, NY 11233
(Brooklyn County)

14. Modesta Baltazar
84-10 108th Avenue
Ozone Park, NY 11417
(Queens County)

15. Donjya Bardliving
790 Concourse Village West, Apt 19F
Bronx, NY 10451
(Bronx County)

16. Babatunde Baruwa
20 W Mosholu Pkwy N, 5M
Bronx, NY 10468
(Bronx County)

17. Andrea Baskett
756 Pelham Pkwy, #6K
Bronx, NY 10462
(Bronx County)

18. Stephanie Batista-Fernandez
139 W Tremont Ave, 1st FL
Bronx, NY 10453
(Bronx County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

19. Robyn Battle
972 East 49th Street
Brooklyn, NY 11203
(Brooklyn County)

20. Rafael Beato
8421 Cumbert Road
Queens, NY 11415
(Queens County)

21. Regine Beauzile
130-02 130th Street
South Ozone Park, NY 11420
(Queens County)

22. Leonard Bishop
45-38 204th Street
Bayside, NY 0
(Queens County)

23. Nadean Blackwood
4166 Paulding Avenue
Bronx, NY 10466
(Bronx County)

24. Bobby Blue
4204 Ely Avenue
Bronx, NY 10466
(Bronx County)

25. Shawna Blyther
487 Carlton Avenue, #25J
Brooklyn, NY 11238
(Brooklyn County)

26. Iris Bonet
305 E 153rd Street, #4E
Bronx, NY 10451
(Bronx County)

27. Zorina Bostic
110-23 199th Street
St. Albans, NY 11412
(Queens County)

## APPENDIX TO CIVIL COVER SHEET

28. Quentin Brathwaite
484 2nd Avenue, Apt 11B
New York, NY 10016
(New York County)

29. Ana Bravo
87-98 112th Street
Richmond Hill, NY 11418
(Queens County)

30. Alexander Brent
29 Macon Street
Brooklyn, NY 11216
(Brooklyn County)

31. Maxine Brereton
1343 Pacific Street, #2
Brooklyn, NY 11216
(Brooklyn County)

32. Elvis Breton
95 W 195th, #2J
Bronx, NY 10468
(Bronx County)

33. Lynette Brodie
3013 Valentine Ave, #5B
Bronx, NY 10458
(Bronx County)

34. Bridgett Brown
1260 E 89th Street
Brooklyn, NY 11236
(Brooklyn County)

35. Felicia Brown
5 West 137th Street, #1C
New York, NY 10037
(New York County)

36. Katherine Brown
190 E Mosholu Pkwy S, #1C
Bronx, NY 10458
(Bronx County)

**APPENDIX TO CIVIL COVER SHEET**

37. Paul Brown
964 E 228th Street
Bronx, NY 10466
(Bronx County)

38. Regina Brown
24 Carhart Avenue #303
White Plains, NY 10605
(Queens County)

39. Sandra Brown
114-14 179th Street
St. Albans, NY 11434
(Queens County)

40. Danette Brown-Allen
2660 Eighth Avenue
New York, NY 10030
(New York County)

41. Ivy Bruce-Davis
250 W 146th Street, Apt 1J
New York, NY 10039
(New York County)

42. Tracey Bruno
1661 Lincoln Place, 2nd Floor
Brooklyn, NY 11233
(Brooklyn County)

43. Raymond Burgess
160-16 119th Avenue
Jamaica, NY 11434
(Bronx County)

44. Rihanah Burnette
15 Quincy Street, #3A
Brooklyn, NY 11238
(Brooklyn County)

45. Himama Bushra
170-18 84th Road
Jamaica, NY 11432
(Bronx County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

46. Joan Butcher
29-31 Ericsson Street
Queens, NY 11369
(Queens County)

47. Godson Caruth
681 Ocean Avenue
Brooklyn, NY 11226
(Brooklyn County)

48. Sang Chae
88-43 Winchester Boulevard
Queens Village, NY 11427
(Queens County)

49. Chawanda Charae
1256 E 13th Street, Apt F10
Brooklyn, NY 11230
(Brooklyn County)

50. Rodney Charles
2881 West 35th St
Brooklyn, NY 11224
(Brooklyn County)

51. Margaret Cherry
309 Lafayette Avenue, #9K
Brooklyn, NY 11238
(Brooklyn County)

52. Vielka Chery
1146 East 103rd Street
Brooklyn, NY 11236
(Brooklyn County)

53. Kenneth Clark
604 Quincy Street
Brooklyn, NY 11221
(Brooklyn County)

54. Denese Clue
257-20 149th Avenue
Rosedale, NY 11422
(Ulster County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

55. Madeline Coles
17 Kingston Avenue, 2D
Brooklyn, NY 11213
(Brooklyn County)

56. Joan Collins
7 Fordham hill Oval, #1A
Bronx, NY 10468
(Bronx County)

57. Tashon Cooley
763 Monroe Street, 4W
Brooklyn, NY 11221
(Brooklyn County)

58. Jasmine Crawford
145 Lincoln Road, 1J
Brooklyn, NY 11225
(Brooklyn County)

59. Vicki Crosson
71 Cornelia Street
Brooklyn, NY 11221
(Brooklyn County)

60. Rachel Curney
790 East 39th Street
Brooklyn, NY 11210
(Brooklyn County)

61. Jeannie Cyril
1539 Sterling Place, 4G
Brooklyn, NY 11213
(Brooklyn County)

62. Fay Dacre
304 E 54th Street
Brooklyn, NY 11203
(Brooklyn County)

63. Annie Davie
200 East 131rd Street, #1K
New York, NY 10037
(New York County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

64. Chuck Davis
110-31 17st Place
New York, NY 11433
(New York County)

65. Ebony Dawning
945 Underhill Avenue, #2207
Bronx, NY 10473
(Bronx County)

66. Iris De Jesus
4443 Matilda Avenue
Bronx, NY 10470
(Bronx County)

67. Stevenson Delerme
709 E 78th Street
Brooklyn, NY 11836
(Brooklyn County)

68. Nderim Demirovic
1869 71st Street
Brooklyn, NY 11204
(Brooklyn County)

69. Armando Diaz
2864 Roosevelt Ave
Bronx, NY 10465
(Bronx County)

70. Lisa Dicks
1062 E 227th Street
Bronx, NY 10466
(Bronx County)

71. Deborah Dugger
2196 Bathgate Avenue, PH
Bronx, NY 10457
(Bronx County)

72. Adrian Duncan
26 University Place, #2C
Port Chester, NY 10573
(Queens County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

73. Emmanuel Duperval
87 Waldorf Avenue
Elmont, NY 11003
(Nassau County)

74. Nicola Edwards
120-43 232nd Street
Queens, NY 11411
(Queens County)

75. Kanzader Elisa-Wright
1255 Pennsylvania Avenue, #14A
Brooklyn, NY 11239
(Brooklyn County)

76. Jonathan Emenike
2776 Cleflin Avenue
Bronx, NY 10468
(Bronx County)

77. Chantal Emile
330 Lenox Rd #2M
Brooklyn, NY 11226
(Brooklyn County)

78. Yojaida Estrella
51-28 30th Avenue, G4H
Woodside, NY 11377
(Queens County)

79. Tyler Felder
825 Boynton, #13M
Bronx, NY 10473
(Bronx County)

80. Maria Feliu
1190 Shakespeare Avenue, 4B
Bronx, NY 10452
(Bronx County)

81. Jose Fernandez
212 22nd Street
Brooklyn, NY 11232
(Brooklyn County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

82. Vincent Feyi
958 E 221st Street
Bronx, NY 10469
(Bronx County)

83. Estrella Figueredo
500 Fort Washington, Ave D-32
New York, NY 10033
(New York County)

84. Karen Fitten
3555 Olinville Avenue, #14B
Bronx, NY 10467
(Bronx County)

85. Dolores Fleming
96-08 57th Avenue, #2E
Corona, NY 11368
(Queens County)

86. Sheriann Flot
3148 98th Street
East Elmhurst, NY 11369
(Queens County)

87. Gale Flowers
1512 Townsend Avenue, Apt 6I
Bronx, NY 10452
(Bronx County)

88. Michelle Ford
217 Ocean Avenue, 9B
Brooklyn, NY 11225
(Brooklyn County)

89. Stephen Francis
P.O. Box 340034
Jamaica, NY 11434
(Bronx County)

90. Susan Fuller
672 Ocean Avenue, Apt A6
Brooklyn, NY 11226
(Brooklyn County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

91. Joseph Furlong
240 West 232nd Street
Bronx, NY 10463
(Bronx County)

92. John Gaddam
37-06 72nd Street, 5B
Jackson Heights, NY 11372
(Queens County)

93. Valerie Gaddist-Dorsey
600 Ridge Road
Elmont, NY 11003
(Nassau County)

94. Crystal Gaffin-Scott
8614 Avenue B
Brooklyn, NY 11236
(Brooklyn County)

95. Eduardo Garcia
290 W 232nd St Apt 3D
Bronx, NY 10463
(Bronx County)

96. John Garcia
7150 71st Street
Glendale, NY 11385
(Brooklyn County)

97. Joseph Garrett
225 121st Street #1C
New York, NY 10027
(New York County)

98. Alina Gawronski
104 Vanderveer Street
Brooklyn, NY 11207
(Brooklyn County)

99. Lillian Glawson
1318 St. Lawrence Avenue 2
Bronx, NY 10472
(Bronx County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

100. Yvette Gomes
8422 127 Street
Kew Gardens, NY 1145
(Queens County)

101. Lisa Gomez
801 Tilden Street apt 26F
Bronx, NY 10467
(Bronx County)

102. Roxanne Gooding-DuBois
144-17 249th Street
Rosedale, NY 11422
(Ulster County)

103. Cydia Graham
130 Clarkson Avenue
Brooklyn, NY 11226
(Brooklyn County)

104. Wallisha Grant
114-39 210 Street
Queens, NY 11411
(Queens County)

105. Edward Grice
40 Memorial Highway, 9R
New Rochelle, NY 10801
(St. Lucie County)

106. Sadie Guerra
70-02 66th Street #1C
Glendale, NY 11385
(Brooklyn County)

107. Danary Guzman
1265 Walton Ave #2CC
Bronx, NY 10452
(Bronx County)

108. Maricelis Guzman
39 Sickles Street, Apt 5E
New York, NY 10040
(New York County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

109. Constance Habersham
716 E 45th Street
Brooklyn, NY 11203
(Brooklyn County)

110. Michelle Hackett
354 Hancock St
Bronx, NY 11218
(Bronx County)

111. Wellington Hansberry
5-20 115th Street, Unit B
College Point, NY 11356
(Queens County)

112. Renee Harper
1707 Bark Place
Brooklyn, NY 11233
(Brooklyn County)

113. Susan Harper
583 Powell Street
Brooklyn, NY 11212
(Brooklyn County)

114. Felicia Harris
598 Junices St
Brooklyn, NY 11212
(Brooklyn County)

115. Auddretta Harrison
868 East 51 Street
Brooklyn, NY 11203
(Brooklyn County)

116. Anthony Hernandez
3020 Avenue Y, Apt 7H
Brooklyn, NY 11235
(Brooklyn County)

117. Michelle Hernandez
16 Aroncroft Lane
Middletown, NY 10940
(Bronx County)

## APPENDIX TO CIVIL COVER SHEET

118. Violeta Hernandez
572 Warren Street
Brooklyn, NY 11217
(Brooklyn County)

119. Neyda Herrera
406 E 161st Street, Apt 3K
Bronx, NY 10451
(Bronx County)

120. Angela Heywood
205-14 104th Avenue
Hollis, NY 11412
(Queens County)

121. Robert Hickson
P.O. Box 661
New York, NY 10027
(New York County)

122. Natasha Hooper
2333 5th Avenue, Apt 9B
New York, NY 10037
(New York County)

123. Wesley Hope
185 Sumpter Street
Brooklyn, NY 11233
(Brooklyn County)

124. Elizabeth Hunte
5520 Snyder Ave
Brooklyn, NY 11203
(Brooklyn County)

125. Rasheed Ibrahim
1700 Harrison Ave #2J
Bronx, NY 10453
(Bronx County)

126. Lawrence Ifidon
711 E 230 Street #6B
Bronx, NY 10466
(Bronx County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

127. Thomas Ilori
1472 St. Monks Avenue
Brooklyn, NY 11233
(Brooklyn County)

128. Leola Innocent
950 Rutland Road, Apt 604
Brooklyn, NY 11212
(Brooklyn County)

129. Jarmaine Jackson
1920 Union Street
Brooklyn, NY 11233
(Brooklyn County)

130. Lola James
117-40 165th Street
Queens, NY 11434
(Queens County)

131. Machlie Jean-Baptiste
1949 Mcgraw Avenue, #3G
Bronx, NY 10462
(Bronx County)

132. Shahora Jeffery
121 E. 131 Street
Bronx, NY 10035
(Bronx County)

133. Olufemi Jegede
3000 Bronx Park East #MZE
Bronx, NY 10467
(Bronx County)

134. Allison Jenkins
150-21 122nd Avenue
Jamaica, NY 11434
(Bronx County)

135. Sergo Jeune
249 Lenox Ave
New York, NY 10027
(New York County)

## APPENDIX TO CIVIL COVER SHEET

136. Ladinia Johnson
106 Beach 59th Street, #303
Arverne, NY 11692
(Queens County)

137. Tara Johnson
1810 Coptelyou Rd #4K
Brooklyn, NY 11226
(Brooklyn County)

138. Tracy Johnson
105 Sifalton Avenue
Mount Vernon, NY 10550
(Bronx County)

139. Charles Jones
120 Erskine Place #15D
Bronx, NY 10475
(Bronx County)

140. Karess Jones
790 Concourse Village West, Apt 15F
Bronx, NY 10451
(Bronx County)

141. Lindell Jones
167 Kingston Ave
Brooklyn, NY 11213
(Brooklyn County)

142. Juliana Joseph
3765 Bronx Blvd
Bronx, NY 10467
(Bronx County)

143. Tiffany Kan
50 Bayard Street #8K
New York, NY 10013
(New York County)

144. Christopher Kapetanos
609 W 188th Street, 4D
New York, NY 10040
(New York County)

## APPENDIX TO CIVIL COVER SHEET

145. Adunni Kayode
106-23 153rd Street
Jamaica, NY 11433
(Bronx County)

146. Pamela Kearse
129-03 160th Street, 2nd FL
Jamaica, NY 11434
(Bronx County)

147. Shazad Khan
120 Street
Queens, NY 11420
(Queens County)

148. Akinwole Killanin
49 Crown Street, 7C
Brooklyn, NY 11225
(Brooklyn County)

149. Julia Kolmakova
8100 Shore Front Pkwy #11H
Rockaway Park, NY 11693
(Queens County)

150. Marie Laratte
P.O. Box 747915
Queens, NY 11374
(Queens County)

151. Marie Lazarre
1816 Albany Ave
Brooklyn, NY 11210
(Brooklyn County)

152. Lan Lee
60 Sharon Street, 1st Floor
Brooklyn, NY 11211
(Brooklyn County)

153. Paul Lee
2355 812 Avenue #12C
New York, NY 100027
(New York County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

154. Carol Lenard
302 Bainbridge Street Apt 4D
Brooklyn, NY 11233
(Brooklyn County)

155. Joann Liatto
1219 Wheeles Ave Apt 6
Bronx, NY 10472
(Bronx County)

156. Laura Little
3 Nella Lane
Rochester, NY 10573
(Monroe County)

157. Efrain Lopez
1475 Thieriot Ave
Bronx, NY 10410
(Bronx County)

158. Pierre Louisere
1226 Woodland Drive
East Stroudsburg, PA 18301
(Monroe County)

159. Evelyn Lucas
280-300 E 161st Street
Bronx, NY 10451
(Bronx County)

160. Christine Majestic
2244 Hering Ave
Bronx, NY 10469
(Bronx County)

161. Simone Manning
1655 Flatbush Avenue
Brooklyn, NY 11210
(Brooklyn County)

162. Deidre Manns
161 South Elliot Place, #12F
Brooklyn, NY 11217
(Brooklyn County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

163. Cynthia Manuel
660 Arnow Ave #14H
Bronx, NY 10467
(Bronx County)

164. Roberta Martin
P.O. Box 317
Bronx, NY 10451
(Bronx County)

165. Merlyn Martinez
1451 Washington Avenue, #3F
Bronx, NY 10456
(Bronx County)

166. Gary Mayo
1500 Noble Avenue
Bronx, NY 10460
(Bronx County)

167. Patricia McCall-Walker
8923 129th Street
Jamaica, NY 11418
(Bronx County)

168. Ana McFarline
3470 Cannon Place
Bronx, NY 10463
(Bronx County)

169. Jasmine Menardy
1632 E. 93rd Street
Brooklyn, NY 11236
(Brooklyn County)

170. Salvatore Messina
30-67 46th Street
Astoria, NY 11103
(Queens County)

171. Selvin Mighty
216 E. 39th Street
Brooklyn, NY 11203
(Brooklyn County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

172. Regina Miguel
1415 Sterling Place
Brooklyn, NY 11213
(Brooklyn County)

173. JoAnn Milton
1069 Lafayette Ave
Brooklyn, NY 11221
(Brooklyn County)

174. Lennox Mitchell
120 South 25 Street
Babylon, NY 11798
(Suffolk County)

175. Julia Mitchell-Henry
12-18 27th Ave
Astoria, NY 11102
(Queens County)

176. Donnettee Moret
78 W. 131 Street #2A
New York, NY 10037
(New York County)

177. Elton Morris
1226 E. 82nd Street
Brooklyn, NY 11236
(Brooklyn County)

178. Irving Moulon
140 Frolman 25C
Bronx, NY 10475
(Bronx County)

179. Robert Muldrow
292 E 8th Street
Brooklyn, NY 11218
(Brooklyn County)

180. Rachel Mulligan
2 Caroline Court
North Babylon, NY 11703
(Suffolk County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

181. Aqilah Mu'Min
89 Metropilitan Oval #1C
Bronx, NY 10462
(Bronx County)

182. Milagros Muniz
251 E 3rd Street
New York, NY 10009
(New York County)

183. Hindu Murray
1348 Webster Ave
Bronx, NY 10456
(Bronx County)

184. Tunishia Murray
337 East 112nd Street
New York, NY 10032
(New York County)

185. Helen Mwaluko
305 West 97th Street, Apt 6M
New York, NY 10025
(New York County)

186. Joseph Myer, Sr.
150 Dreiser Loop, Apt 7F
Bronx, NY 10475
(Bronx County)

187. Fitzroy Nelson
4161 Bronxwood Ave
Bronx, NY 10466
(Bronx County)

188. Nonie Noel
98-15 Horrace Harding Expressway #8J
Corona, NY 11368
(Queens County)

189. Boniface Nwosu
1730 Montgomery Ave #4E
Bronx, NY 10457
(Bronx County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

190. Damon O'Donnell
121 West 116th Street Apt 6A
New York, NY 10026
(New York County)

191. Harrison Ogbolu
1669 University Avenue #2H
Bronx, NY 10453
(Bronx County)

192. Vanessa Okonta
1868 Loring Place, S. 1A
Bronx, NY 10453
(Bronx County)

193. Onyemaechi Okpara
525 Neptune Avenue, #8G
Brooklyn, NY 11224
(Brooklyn County)

194. Edwin Olali
26 West 132nd Street, #1B
New York, NY 10037
(New York County)

195. Brian Orr
942 East 37 Street
Brooklyn, NY 11210
(Brooklyn County)

196. Omodolapo Oshode
120 Dreiser Loop #5H
Bronx, NY 10475
(Bronx County)

197. Anthony Oyibo-Ebije
15 Lakeside Drive
Roosevelt, NY 11575
(Nassau County)

198. Tomica Paisley
320 Sterling Street, #4FE
Brooklyn, NY 11225
(Brooklyn County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

199. Eric Parrish
80 Van Cortlandt Park #7B42
Bronx, NY 10463
(Bronx County)

200. Mic-Arlem Patrice
324 A Pulaski Ave
Staten Island, NY 10303
(Richmond County)

201. Joel Pena
512 W 151st Street, #5A
New York, NY 10031
(New York County)

202. Eunice Pen-Ogbolu
1669 University Alley #2H
Bronx, NY 10453
(Bronx County)

203. Denise Peoples
531 South 9th Avenue
Mount Vernon, NY 10550
(Bronx County)

204. Antoinette Phillips
4252 Digory Avenue
Bronx, NY 10466
(Bronx County)

205. Bikens Pierre
694 Park Place
Brooklyn, NY 11216
(Brooklyn County)

206. Maria Polanco
1834 Mohegam Avenue #1FC
Bronx, NY 10460
(Bronx County)

207. Wanda Pollydore
P.O. Box 330-772
Brooklyn, NY 11233
(Brooklyn County)

## APPENDIX TO CIVIL COVER SHEET

208. Dean Powell
109-26 202nd Street
Jamaica, NY 11412
(Bronx County)

209. Jeannette Profit
244 Garden Place
West Hempstead, NY 11552
(Nassau County)

210. Thomas Putko
85 Ilyse Court
Staten Island, NY 10306
(Richmond County)

211. William Quinonez
7811 87th Rd
Queens, NY 11421
(Queens County)

212. Maritza Quito
50-17 67th Street
Woodside, NY 11377
(Queens County)

213. Ayazul Qurashi
2789 Genessee Street
Bellmore, NY 11710
(Nassau County)

214. Jose Ramos
150 Dreisen Loop, Apt 21-H
Bronx, NY 10475
(Bronx County)

215. Helen Randolph
409 North Broadway #51
Yonkers, NY 10701
(Bronx County)

216. Denise Reed
370 Morris Avenue #413
Bronx, NY 10451
(Bronx County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

217. Johnny Reed
9404 Avenue #B
Brooklyn, NY 11236
(Brooklyn County)

218. Javier Reyes
116 West 238 Street #6H
Bronx, NY 10463
(Bronx County)

219. Luis Rivera
750 Tuckahoe Road #1A
Yonkers, NY 10710
(Bronx County)

220. Sylvia Rivera-LaPrince
154 W. 84th Street #502
New York, NY 10024
(New York County)

221. Cashion Roberts
1311 St. John's Place
Brooklyn, NY 11213
(Brooklyn County)

222. Lucette Robinson
225-20 109th Avenue
Queens Village, NY 11429
(Queens County)

223. Sefton Rodney
100 Bellamy Loop, 15C
Bronx, NY 10475
(Bronx County)

224. Andres Rodriguez
679 East 77th Street
Brooklyn, NY 11236
(Brooklyn County)

225. Doris Rodriguez
299 Logan Street
Brooklyn, NY 11208
(Brooklyn County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

226. Julio Rodriguez
430 W 125th St, Apt 15E
New York, NY 10027
(New York County)

227. Olga Rodriguez
2097 Muliner Avenue #3
Bronx, NY 10462
(Bronx County)

228. Michelle Rollins
1250 Franklin Ave
Bronx, NY 10456
(Bronx County)

229. Tedra Rosa
155 Marion Street
Staten Island, NY 10310
(Richmond County)

230. Antonina Rubanova
2790 West 5th Street, 18F
Brooklyn, NY 11224
(Brooklyn County)

231. Paulina Rueda
104-20 68th Drive, A48
Forest Hills, NY 11375
(Queens County)

232. Anthony Ruggiero
2118 74th Street
Brooklyn, NY 11204
(Brooklyn County)

233. Diana Ruiz-Maldonado
140 Dekruif Place, #24B
Bronx, NY 10475
(Bronx County)

234. Cathy Rush
450 Kent Avenue, Apt 3C
Brooklyn, NY 11249
(Brooklyn County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

235. Alix Saintil
1 South Georgia Street
Valley Stream, NY 11580
(Nassau County)

236. Carmen Sakepo (Hernandez)
600 W 174 St #28
New York, NY 10033
(New York County)

237. Khalid Salmon
89-29 Jamaica, NY
Jamaica, NY 11432
(Bronx County)

238. Jervine Samuel
1230 Woodycrest Avenue
Bronx, NY 10452
(Bronx County)

239. Edwin Sanabria
3280 Rochambeau Ave #1-10
Bronx, NY 10467
(Bronx County)

240. Nirmala Sansarran-Moti
116-39 128th Street, PH
South Ozone Park, NY 11420
(Queens County)

241. Jose Santos
1055 Esplande Ave #6L
Bronx, NY 10461
(Bronx County)

242. Jose Santos
661 W. 180 St #214
New York, NY 10034
(New York County)

243. Dmitriy Savenok
760 67 Street #4C
Brooklyn, NY 11220
(Brooklyn County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

244. Derek Scott
216 Rockaway Avenue, 11G
Brooklyn, NY 11233
(Brooklyn County)

245. Sharon Segbefia-Adika
243-05 147 Avenue
Rosedale, NY 11422
(Ulster County)

246. Judy Sharpe
5480 Broadway
Bronx, NY 10463
(Bronx County)

247. Joseph Shiva
510 Atlantic Avenue
Brooklyn, NY 11217
(Brooklyn County)

248. Nancy Sibily
544 Lafayette Ave Apt #2
Brooklyn, NY 11205
(Brooklyn County)

249. Ann Maria Singh
152 Pine Street
Brooklyn, NY 11208
(Brooklyn County)

250. Simone Smikie
20-04 Seagirt Blvd #5F
Far Rockaway, NY 11691
(Queens County)

251. Celeste Smith
341 10th St #1211
Brooklyn, NY 11215
(Brooklyn County)

252. Cynthia Smith
152 N. Elliott Walk
Brooklyn, NY 11205
(Brooklyn County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

253. Reginald Souffrant
750 Riverside Drive, #6C
New York, NY 10031
(New York County)

254. Roberta Sowell
9 Tapscott Street, 1A
Brooklyn, NY 11212
(Brooklyn County)

255. Mikhail Spektor
42 Pierpont Place
Staten Island, NY 10314
(Richmond County)

256. Michelle Stephenson
10512 Van Wyck Expressway
Queens, NY 11419
(Queens County)

257. Michael Stettin
21 Barstow Road
Great Neck, NY 11021
(Nassau County)

258. Mitchell Stroud
1110 Anderson Ave #2C
Bronx, NY 10452
(Bronx County)

259. Reginald Studwood
875 Morrison Avenue, 16F
Bronx, NY 10473
(Bronx County)

260. Evelyn Suarez
72 Woodsworth Terrace #4E
New York, NY 10040
(New York County)

261. Yakubu Sulaiman
1091 Grant Avenue
Brooklyn, NY 11208
(Brooklyn County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

262. Lamine Sylla
1050 Carroll Place
Bronx, NY 10456
(Bronx County)

263. Nicole Symon
2360 8th Avenue, Apt 3D
New York, NY 10027
(New York County)

264. Juan Taronji
3815 Review Place, 2nd Floor
Bronx, NY 10463
(Bronx County)

265. Shontoinette Teague
45 W 132nd Street
New York, NY 10037
(New York County)

266. Comfort Thomas
1946 E. Tremont Avenue
Bronx, NY 10462
(Bronx County)

267. Gregg Thompson
1680 E. 51st Street
Brooklyn, NY 11234
(Brooklyn County)

268. Richard Valentine
295 Fort Washington Ave #A
New York, NY 10032
(New York County)

269. Rafaela Vargas
574 W 161st Street, #3D
New York, NY 10032
(New York County)

270. Fernandez Vaz
97-16 Liverpool Street
Jamaica, NY 11435
(Bronx County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

271. Xavier Vega
3031 Holland Ave
Bronx, NY 10467
(Bronx County)

272. James Venezia
9205-Ridge Blvd #3C
Brooklyn, NY 11209
(Brooklyn County)

273. Lorraine Vesa
62-09 64th Street
Middle Village, NY 11379
(Queens County)

274. Joseph Villamar
419 West 17th Street, 13A
New York, NY 10011
(New York County)

275. Adriana Vivieca
98-17 Horace Harding Expwy, #16G
Corona, NY 11368
(Queens County)

276. Larry Walker
45 North Elliot Place
Brooklyn, NY 11205
(Brooklyn County)

277. Wendy Wallace
41-14 12th Street #6A
New York, NY 11101
(New York County)

278. Stephanie Walthour
115-08 Ovid Place
Queens, NY 11412
(Queens County)

279. Natasha Ward
1024 E. 40th Street
Brooklyn, NY 11210
(Brooklyn County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

280. Wayne Warren
187-09 Jordan Ave
Queens, NY 11412
(Queens County)

281. Cassandra Washington
117-35 192nd Street
St. Albans, NY 11412
(Queens County)

282. Shonedhua Westry
302 West 152st Apt 3A
New York, NY 10039
(New York County)

283. Christina Wigfall
315 Fountain Ave, Apt 3D
Brooklyn, NY 11208
(Brooklyn County)

284. Delores Williams
185 Ardsley Loop, 19G
Brooklyn, NY 11239
(Brooklyn County)

285. Lola Williams
Brooklyn, NY 11224
(Brooklyn County)

286. Richard Williams
100 Benchley Place Place #220
Bronx, NY 10475
(Bronx County)

287. Deshann Willis
1950 Andrews Avenue
Bronx, NY 10453
(Bronx County)

288. Edward Wilson
1364 Bronx River Ave
Bronx, NY 10472
(Bronx County)

**VIOLETA HERNANDEZ, ET AL V. THE CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

289. Monica Wilson
63 Metropolitan Oval, HMB
Bronx, NY 10462
(Bronx County)

290. Janice Winns
1965 Lafayette Ave
Bronx, NY 10473
(Bronx County)

291. Ken Wisdom
P.O. Box 60677
Staten Island, NY 10306
(Richmond County)

292. Yung Wong
47 Kenilworth Avenue
Staten Island, NY 10312
(Richmond County)

293. Robert Wu
66 Frankford Street, #3C
New York, NY 10038
(New York County)

294. Jay Yee
2885 West 12th Street, #3L
Brooklyn, NY 11224
(Brooklyn County)

295. Mohammad Zaman
42-10 82nd Street, Apt 6G
Elmhurst, NY 11373
(Queens County)