# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIOLETA HERNANDEZ, *et. al.*, | ) ) ) |
| Plaintiffs, | ) ) No. 1:16-cv-03445-RA-RLE |
| v. | ) ) (JURY TRIAL DEMANDED) |
| CITY OF NEW YORK, NEW YORK, | ) ) |
| Defendant. | ) ) ) |

## PROPOSED ORDER

For the reasons set forth in the plaintiffs' Motion for Conditional Certification and Notice to the Putative Plaintiffs and supporting memorandum of law, the Court hereby ORDERS the following:

(1)   the plaintiffs' motion to conditionally certify this case as a collective action is hereby GRANTED;

(2)   the City shall provide plaintiffs' counsel with the names, last known addresses, and email addresses of all eligible Human Resources Administration ("HRA") employees who have worked for the City of New York in all HRA facilities at any time since May 9, 2013, in a computer format compatible with Plaintiffs' counsel's computer systems within twenty (20) days from the date of this order; and

(3)   plaintiffs' counsel shall notify, using Exhibit A to the memorandum in support of the plaintiffs' motion, all eligible employees of the pendency of this action; and

(4)     all such present and former employees shall have until ninety (90) days from the date the City provides names, last known addresses, and email addresses as described in paragraph 2 of this Order, to opt-in to this action.

It is SO ORDERED.

Date: _____          _____
                                       Ronnie Abrams
                                       United States District Judge