# Appendix I

30(b)(6) Transcripts

Goddard, Alson ………………………………………………………………………………1

Ospino, Madeleine ………………………………………………………………………24

Pestana, Georgia ………………………………………………………………………40

Page 1

1

2        UNITED STATES DISTRICT COURT

3        SOUTHER DISTRICT OF NEW YORK

4        Civil Action No. 1:16-cv-03445-RA-RLE

5        ----------------------------------------x

6        JEROME ADAMS, MARGARET CHERRY, MICHELLE

7        HACKETT and JUAN TARONJI, et al.,

8                              Plaintiffs,

9

10               - against -

11

12       CITY OF NEW YORK, NY,

13                              Defendants.

14       ----------------------------------------x

15                              August 2, 2018

16                              9:44 a.m.

17

18              EXAMINATION BEFORE TRIAL of the

19       Defendant, By, ALSON GODDARD, pursuant to Notice,

20       held at the offices of Spivak Lipton, LLP, 1700

21       Broadway, New York, New York 10019 before Mandy

22       Fein, a Notary Public of the State of New York.

23

24

25

Page 27

```
1                    GODDARD
2            (Exhibit handed to witness.)
3      A      The first paragraph?
4      Q      The first three paragraphs, the first
5  section.
6      A      Okay.
7      Q      Does that appear to be a general
8  description of the duties and responsibilities
9  for the Associate Fraud Investigator?
10     A      Yes, within HRA with the exception of
11 Paragraph 2 because that is specific to the
12 Department Of Finance.
13     Q      That is not -- the Fraud
14 Investigators and Associate Fraud
15 Investigators that we are talking about today
16 are not in The Department Of Finance, correct?
17     A      No.
18     Q      Does that appear accurate?
19     A      Yes.
20     Q      Under the very first -- after that
21 section, there is Assignment Level 1.  Would
22 that be the Associate Fraud Investigator 1?
23     A      Yes.
24     Q      And this says, under direction with
25 considerable latitude for individual action or
```

Page 49

1                        GODDARD

2       may have assignments that maybe a little more

3       challenging, so -- and also BV, Bureau Of

4       Fraud Investigation, they do perform duties in

5       the absence of the supervisor, so they are

6       allowed to review cases in the absence of the

7       supervisor.  If the unit supervisor is absent,

8       they can review the cases and actually sign

9       off on them.

10          Q      But day in day out their jobs are

11      pretty similar?

12          A      Yes.

13          Q      And if they had assigning, and I

14      don't know exactly how it works, if they are

15      assigning cases out and everyone is getting

16      ten new cases, there may be a decision like

17      oh, this one is pretty complicated, let's give

18      it to John Smith because they've been doing

19      this for four or five years?

20          A      Right.

21          Q      Rather than the brand new hire?

22          A      Yes.

23          Q      Who would be a Fraud Investigator 1

24      and someone with more experience would be a

25      Fraud Investigator 2?

Page 52

1                          GODDARD
2       document on the first page it says what the
3       job involves.  Could I have you just read that
4       section all the way down to where it begins
5       the salary, do you see that next section?
6            A      Yeah.
7            Q      If you could read that top section
8       and let me know if there is anything that you
9       believe is not accurate.
10           A      Yeah.  Everything is typical with the
11      exception what is related to The Department Of
12      Finance.
13           Q      To become a Fraud Investigator at
14      HRA, are you required to take an exam?
15           A      Yes.
16           Q      Can somebody not working as a Fraud
17      Investigator, can they take the exam to get a
18      position as an Associate Fraud Investigator?
19                  MS. SAINT FORT:  Objection to form.
20           A      Associate Fraud Investigator is a
21      promotional exam, so they would typically have
22      to be in the position of Fraud 1 or 2.
23           Q      So, someone from the outside working
24      somewhere else couldn't apply directly to an
25      Associate Fraud Investigator?

1                          GODDARD

2     Examination for a promotion to Associate Fraud

3     Investigator, correct?

4       A     That's correct.

5       Q     Same dates as the previous document,

6     March 2nd, 2016 to March 22nd, 2016, correct?

7       A     That's correct.

8       Q     Could I have you read that section

9     what the job involves and then let me know if

10    there is anything in it that you believe is

11    inaccurate?

12       A     It is accurate as it relates to

13    Social Service benefits.

14       Q     For employees who want to promote to

15    an Associate Fraud Investigator they are

16    required to take a test as well?

17       A     That's correct.  You can be

18    provisionally appointed to an Associate --

19    Associate Fraud Investigator 1.  This usually

20    occurs if there is the need -- if the agency

21    need to have a supervisory level and there is

22    no existing exams or an existing hiring list

23    from an exam.

24       Q     Is that rare?

25       A     It's -- it's less rare now, not

```
1                    GODDARD
2           MS. SAINT FORT:  Objection to form.
3      A      Generally HRA mission is really to
4      ensure that there is integrity in the public
5      assistance program.  So, for example, our duty
6      is to ensure that the people who are eligible
7      are able to have the benefits and those are
8      not eligible, to keep them off.
9      Q      Would you agree that for the Fraud
10     Investigators and the Associate Fraud
11     Investigators, regardless of their job
12     assignment, that their primary job duty is to
13     further that mission?
14     A      That's correct.
15           MR. RICKSECKER:  I will tell you
16     what, we have been at this a little over an
17     hour, let's take a little break, like five
18     minutes, go to the restroom or anything like
19     that and then we can continue.
20           MS. SAINT FORT:  Okay.
21           (RECESS)
22     Q      Do you know generally what schedules
23     the Fraud Investigators work?
24           MS. SAINT FORT:  Objection to form.
25     A      Typically, I would say, like a nine
```

```
 1                       GODDARD
 2      to five, but they are shift -- you could also
 3      have ten to six, but generally, it is business
 4      hours.
 5           Q      Typically Monday through Friday?
 6           A      Yes.
 7           Q      Same with Associate Fraud
 8      Investigators?
 9           A      Yes.
10           Q      When you say they work typically nine
11      to five or some variation during business
12      hours, do they work an eight hour shift?
13           A      Seven hours, one hour duty free.
14           Q      When you say one hour duty free, is
15      it like a duty free meal period?
16           A      Yes.
17           Q      Do you know what flex time is?
18           A      Yes.
19           Q      What is flex time?
20           A      So, flex time is where you have at
21      least an hour between your start time.  So,
22      for example, you could have a typical schedule
23      that's, say, 8:30, 9:30.  As long as you
24      arrive within that flex period, you are
25      considered to be on time.
```

Page 64

```
 1                          GODDARD
 2          Goddard 8.
 3                   (Document marked as Goddard Exhibit 8
 4            for Identification, as of this date.)
 5              Q      This document is titled Code Of
 6          Conduct For HRA Employee.
 7                      Are you familiar with this document?
 8                      (Exhibit handed to witness.)
 9              A      Very familiar.
10              Q      How are you familiar with this
11          document?
12              A      This document is given to everyone
13          when you initially come into the agency and is
14          always available to you on the intranet.
15              Q      This is dated January 15th, 2010,
16          correct?
17              A      Yes.
18              Q      Do you know if this is still in
19          effect?
20              A      I'm not sure about the date because I
21          know there has been revision and they usually
22          have revision after we get new commissioners,
23          so I can't say specifically if this one is
24          currently in effect.
25              Q      If there was a newer version of it,
```

```
 1                    GODDARD
 2       would it show that it was revised, amended or
 3       have a new date, or something on there?
 4              MS. SAINT FORT:  Objection to form.
 5       A     Yes.  Normally at the top it would
 6       indicate the revision date.
 7       Q     So, if there was a newer version
 8       there would be a more recent date?
 9       A     Yes.
10       Q     Do you have any reason to believe
11       this document is not the current document?
12       A     Well, because the commissioner is no
13       longer Robert Dole, so it is possible it might
14       have been updated since.
15       Q     Do you recall seeing a more recent
16       version?
17       A     I can't recall.
18       Q     Does this code of conduct for HRA
19       employees apply to Fraud Investigators 1 or 2?
20       A     Yes.
21       Q     How about Associate Fraud
22       Investigator 1's?
23       A     Yes.
24       Q     Does it apply to the supervisors as
25       well?
```

```
 1                    GODDARD
 2      A     Yes.
 3      Q     If I could have you flip forward to
 4  Page 3.  The following standards of conduct
 5  are being established to inform employees of
 6  the conduct that is expected in performing
 7  their duties as employees of HRA/DSS, correct?
 8      A     Correct.
 9      Q     And the Fraud Investigators and the
10  Associate Fraud Investigators are employees of
11  HRA -- DSS, correct?
12            MS. SAINT FORT:  Objection to form.
13      A     Correct.
14      Q     You stated that this document is
15  provided to HRA employees when they are first
16  hired?
17      A     That's correct.
18      Q     How are new versions or revised
19  versions provided to the employees?
20      A     We usually get email updates with the
21  link to the new procedure.
22      Q     Do you know who sends those emails?
23      A     Yeah.  We have a specific procedure
24  division.  If it is something related to time
25  and leave or any issue, it can probably come
```

1              GODDARD

2       out from ACM, which is our, so called, payroll

3       department.

4          Q       How about like standard of conduct,

5       code of conduct?

6          A       Yeah.  We have a specific procedure

7       department that issues these.

8          Q       If I could -- looking at Page 3,

9       there is a standards of conduct and then there

10      is a numeric listing of various standards.

11      Number 12 states that employees shall not

12      engage in any non-agency activity during

13      working hours nor use any agency premises to

14      conduct non-agency matters, correct?

15         A       That's correct.

16         Q       Number 13 refers to excessive use of

17      personal cell phones; is that correct?

18         A       Yes.

19         Q       And Number 21, you can take a look at

20      it, begins, employee shall obey all

21      regulations and orders of their supervisors.

22      You can take a look at that and let me know if

23      you believe that is accurate or correct

24      standard of conduct.

25         A       That is correct.

1              GODDARD

2       Q       Number 22, you can read it, but it

3       basically says that each employee is to

4       perform all duties imposed by law and by the

5       employees task and standards; is that correct?

6       A       That's correct.

7       Q       They are expected to carry out their

8       work assignments given to them as accurately

9       and efficiently as possible?

10      A       That's correct.

11      Q       At the end of that section on Page 7

12      there is in bold states that violations of the

13      standards of conduct shall constitute

14      misconduct and/or incompetence and may result

15      in the initiation of disciplinary action; is

16      that correct?

17      A       That's correct.

18      Q       So, Fraud Investigator or Associate

19      Fraud Investigator could be subject to

20      discipline if they did not follow these

21      standards of conduct?

22      A       That's correct, actually, everyone.

23      Q       Everyone in HRA?

24      A       Yes.

25      Q       It also states that these standards

Page 86

1                        GODDARD

2        A       That is the revision date.

3        Q       So, this was revised in October 2007?

4        A       That is correct.

5        Q       We went over a Fraud Investigator 1

6    and a Fraud Investigator 2 performance

7    evaluation with the exception of the, maybe,

8    the actual task and standards that an employee

9    is being evaluated on.  You testified that

10   there is not really a difference between how

11   the evaluations are performed for a Fraud

12   Investigator 1 compared to a Fraud

13   Investigator 2, correct?

14       A       Correct.

15       Q       Is there anything different about how

16   an Associate Fraud Investigator 1 is evaluated

17   with the exception that the task and standards

18   may be different?

19       A       No, same.

20       Q       Same process?

21       A       Same process.

22       Q       From the master list?

23       A       Yes.  Based on program needs.

24       Q       If I could have you take a look at

25   Page 2 of this performance evaluation task,

Page 99

1                           GODDARD

2          A       It is just a system that we use to

3    record our time.

4          Q       Is the purpose of City Time at HRA to

5    accurately record an employee's work time?

6          A       Yes.

7          Q       That is true for Fraud Investigators

8    and Associate Fraud Investigators?

9          A       Yes.

10         Q       Are the are Fraud Investigators and

11   Associate Fraud Investigators supposed to

12   enter their time in the City Time when they

13   arrive at the work site?

14         A       Well, there's two ways to access City

15   Time.  You can hand scan, which means, when

16   you get off, you know, when you get on your

17   floor, your designated floor, you can actually

18   hand scan and that clocks you in or you can

19   actually go to your desk and web in, they call

20   it web clock.

21         Q       And so, are you -- are Fraud

22   Investigators and Associate Investigators

23   expected to either scan in or use the web

24   clock on their computer when they first arrive

25   at the work site?

1              GODDARD

2      A     All overtime has to be preauthorized.

3      Q     And the next sentence says, to ensure

4    accurate time keeping it is essentially that

5    all overtime be entered into City Time,

6    approved by the immediate supervisor and

7    approved by the senior approver; is that

8    correct?

9      A     Where are you reading that from?

10     Q     The third paragraph, it is the second

11   sentence, it begins to ensure accurate time

12   keeping.

13     A     That's correct.

14     Q     And again, you testified earlier that

15   accurate time keeping, the system used to keep

16   accurate time keeping is City Time, correct?

17     A     That's correct.

18     Q     It also states in that very first

19   sentence, it says, all pay overtime must be

20   preauthorized?

21     A     Yes.

22     Q     Is there any unpaid overtime?

23     A     Yes.  You could have overtime for

24   comp for time verses pay.

25     Q     So, you are describing compensatory

Page 117

1                       GODDARD
2      time where you may work over your scheduled
3      shift but instead of getting cash payment you
4      get leave?
5          A       Right.
6          Q       Comp time?
7          A       Right.
8          Q       Is there any other type of overtime
9      that is unpaid?
10         A       No.
11         Q       What if someone works outside their
12     shift without preauthorization?
13         A       They're not paid.
14         Q       And the very last sentence here in
15     this section states that any work performed
16     before or after regularly scheduled work hours
17     must be entered and approved in accordance
18     with agency policy; is that correct?
19         A       That's correct.
20         Q       Do you know what the process is for a
21     Fraud Investigator or Associate Fraud
22     Investigator to get preauthorization for
23     overtime?
24         A       They just basically request overtime
25     to their supervisor or the supervisor may ask

Page 137

```
 1                       GODDARD
 2      Have you seen this document?
 3               (Exhibit handed to witness.)
 4       A      City Time reference guide, if my
 5      memory serves me, came out when City Time was
 6      instituted.
 7       Q      On Page 3 underneath there is like
 8      kind of a box in the middle, underneath that
 9      there is a bullet point that says, click on
10      self-paced training.
11               Do you see that?
12       A      Yes.
13       Q      Do you know what self-paced training
14      is?
15       A      That's an on-line training.
16       Q      So, this is, perhaps, a training
17      on-line where you click through a series of, I
18      guess, slides or whatever and to complete the
19      training?
20       A      Yeah.
21       Q      Do you know if this document is
22      provided to all Fraud Investigators and
23      Associate Fraud Investigators at HRA?
24       A      Like I see -- I remember this, but
25      this is like I believe when City Time was
```

```
 1                    GODDARD
 2      initially introduced.  I don't know if this
 3      document is currently available.
 4      Q     Do you know how Fraud Investigators
 5      and Associate Fraud Investigators indicate
 6      that they have taken a duty free meal period?
 7             MS. SAINT FORT:  Objection.
 8      A     Say that again.
 9      Q     Do you know how Fraud Investigators
10      and Associate Fraud Investigators indicate
11      that they have taken a duty free meal period?
12      A     Okay.  So, there is no way in City
13      Time that they actually do this, but each
14      supervisor and each unit they have what we
15      call a lunch schedule and that is done by
16      program area depending on your need, so, for
17      example, if I'm the supervisor and have six
18      investigators, I won't send all six at twelve.
19      Depending on my need, I may send three at
20      twelve and then the other three at one.  So,
21      the supervisor actually track that, not
22      necessarily the investigator enter in City
23      Time.
24      Q     The supervisor tracks when staff are
25      taking their meals?
```

Page 139

1                        GODDARD

2        A      Right.

3        Q      And do they -- is the hour for the

4        meal period automatically deducted by City

5        Time?

6        A      Yeah.  The way it is set up is that

7        you work eight hours and one hour is duty

8        free.

9        Q      So we are clear, the Fraud

10       Investigators or Associate Fraud Investigators

11       don't swipe in or out for meal periods,

12       correct?

13       A      No, they don't.

14       Q      They don't manually type in when they

15       took their meal period; is that correct?

16       A      In City Time, no.

17       Q      As part of the program or part of the

18       system that this is your scheduled shift and

19       everyday you work you get deducted one hour

20       for the meal period, correct?

21              MS. SAINT FORT:  Objection.

22       A      That's correct.

23              MR. RICKSECKER:  Please mark this

24       Goddard 19.

25              (Document marked as Goddard Exhibit 19

Page 158

1                       GODDARD

2       dispursed via email in an email blast or

3       something like that?

4           A      Yes.  It comes out pretty much to all

5       staff.  They have a list and it comes out the

6       list.

7           Q      Do you know do some HRA bulletins go

8       just to supervisors and other bulletins go to

9       all staff or do they all go to all staff?

10          A      If it is a policy related to time and

11      leave, it will go to all staff.

12          Q      For example, this one would go to all

13      staff; is that correct?

14          A      Yes.

15          Q      Feel free to take a look at this, but

16      we have already discussed a lot of this, but

17      some of the duties of a supervisor related to

18      ensuring accurate time and leave for their

19      staff include a process to certify and submit

20      time sheets for an employee on their behalf if

21      they are out, correct?

22          A      That is correct, is that part of this

23      bulletin?

24          Q      Yes, it is, but we have already

25      talked about a lot of this.

Page 162

1                    GODDARD

2        City Time human resources business partner

3        handbook.

4                 Have you seen this?

5                 (Exhibit handed to witness.)

6        A      No.

7        Q      Is it safe to say that Fraud

8        Investigators are not approvers for anyone in

9        City Time?

10       A      Fraud Investigator 1?

11       Q      Yes.

12       A      Yes.

13       Q      What about Fraud Investigator 2,

14       would they be City Time approvers?

15       A      No.

16       Q      What about Associate Fraud

17       Investigator 1's?

18       A      Yes.

19       Q      They can be?

20       A      Yes.

21       Q      Not always?

22       A      Right.  It depends because I have

23       Associate Fraud Investigator 1 who are not

24       functioning in a supervisor, therefore, have

25       no City Time authorization authority.

Page 182

1                    GODDARD

2       Associate Fraud Investigator's hours of work.

3       Do you know if there has been any changes

4       regarding those method since May of 2013?

5           A      That is kind of general in terms

6       of -- in terms of -- explain that a little

7       better.

8           Q      Sure.  So, we have talked about ways

9       that employees are supposed to be tracking

10      their time, correct, scanning in, using the

11      City Time procedures and then you talked about

12      the method if they are unable to scan out if

13      they are out in the field or something like

14      that, right?

15          A      Correct.

16          Q      Generally, those are kind of

17      generally the method used right by Fraud

18      Investigators and Associate Fraud

19      Investigators to track their time, correct?

20          A      Correct.

21          Q      Are you aware of any changes since

22      May 2013 to those method?

23          A      No.

24          Q      We have also talked about the method

25      used by Fraud Investigators and Associate

Page 198

1                    GODDARD

2          you know, in an event you are out there and

3          you are going over your call, here is the

4          process, you need to call your supervisor.

5          So, that might not be listed were for word in

6          the actual time and leave procedure, but the

7          program area may have specific instruction to

8          the fraud investigators as to how to proceed.

9              Q      And do those specific instructions in

10         terms of how to proceed, does that alter or

11         change the general time and leave policy of

12         HR?

13             A      No.  It's really -- it's working with

14         that procedure and then based on the need of

15         the program area.

16             Q      That's all.

17                    MR. RICKSECKER:  I have a few more.

18         BY

19         MR. RICKSECKER:

20             Q      Mr. Goddard, I do have a few

21         questions to follow up on some of that.

22                    You were asked about in a situation

23         if an employee came in early before their

24         shift, if you as a supervisor saw or if a

25         supervisor saw a Fraud Investigator or an

```
                                              Page 1

 1

 2    UNITED STATES DISTRICT COURT

 3    SOUTHER DISTRICT OF NEW YORK

 4    Civil Action No. 1:16-cv-03445-RA-RLE

 5    ---------------------------------------x

 6    JEROME ADAMS, MARGARET CHERRY, MICHELLE

 7    HACKETT and JUAN TARONJI, et al.,

 8                         Plaintiffs,

 9

10         - against -

11

12    CITY OF NEW YORK, NY,

13                         Defendants.

14    ---------------------------------------x

15                         June 19, 2018

16                         9:37 a.m.

17

18         EXAMINATION BEFORE TRIAL of the

19    Defendant, By, MADELEINE OSPINO, pursuant to

20    Notice, held at the offices of Spivak Lipton,

21    LLP, 1700 Broadway, New York, New York 10019

22    before Mandy Fein, a Notary Public of the State

23    of New York.

24

25
```

Page 15

```
 1                  OSPINO
 2    we give training in general.  It is not that
 3    we have any specific training directed to this
 4    specific topic, we just give general training.
 5       Q     If I understand correctly, you give
 6    general training and part of that training may
 7    cover this topic?
 8       A     May cover -- not specifically the
 9    title of FLSA, just overtime, how to approve
10    time sheets, you know, that overtime has to be
11    approved between certain limit of time, things
12    like that, not specifically, you know,
13    mentioning as a topic.
14       Q     And the topic of the Fair Labor
15    Standards Act, you mentioned FLSA for the
16    court reporter, is that what you are referring
17    to?
18       A     Yes.
19       Q     I think you understand, and as we go
20    through some of these questions, I think it
21    will address what you are referring to.
22       A     Okay.
23       Q     B, the training if any provided by
24    the defendant to the plaintiffs, the
25    plaintiff's supervisors and/or the plaintiff's
```

                          OSPINO

1

2      Q      Was there an employee time and leave

3   policy in effect prior to January 15, 2014?

4      A      Yes.

5      Q      Do you know what that policy prior to

6   January of 2014 was called or --

7      A      It was the same name, Employee Time

8   And Leave, it's just that this year they

9   updated a couple of things within the policy.

10   You know, they made a changes to change the

11   name of the time recording system.  Before it

12   was Auto Time, then City Time, so they change

13   all those words to accommodate to the new

14   system.

15      Q      And City Time phased in around 2009,

16   correct?

17      A      From 2009 through 2011.

18      Q      And so, those terms and things were

19   updated in this January 2014 policy?

20      A      I believe.  You know, I cannot

21   confirm if this -- if there was another policy

22   prior to the date of the other policy prior to

23   this one, I cannot confirm that, no, but after

24   City Time, we change the name and everything.

25      Q      If there was a policy, Employee Time

```
 1              OSPINO
 2   And Leave policy prior to January 15, 2014,
 3   would that be something you believe the City
 4   would still have a copy of or records of?
 5           MR. RICKSECKER:  Objection.  You can
 6   answer.
 7      A      We may, but I'm not sure because as
 8   they update the policies they are changing in
 9   the system, we have an intranet and they
10   change it as they update the policy, they
11   remove the old one and put the new one.  We
12   may have it if there is one, I'm not sure.
13           MR. RICKSECKER:  We may make a note
14   of that, I don't recall seeing an earlier
15   version of this, so if there is something like
16   that if you guys want to look into that, that
17   would be responsive to our document request.
18      Q      I'd like to -- just generally, what
19   is this document?
20      A      It's the time and leave policy for
21   the agency, you know, which explains exactly
22   what is expected from the employees, the
23   supervisors, you know, in reference to time
24   and leave.
25      Q      Looking at this on Page 2 they are
```

1                    OSPINO

2      A      Yes.

3      Q      Do you know what a straight time

4    schedule is?

5      A      Yes.

6      Q      What is that?

7      A      Straight time is when the employee is

8    supposed to arrive a certain time and leave a

9    certain time.  They don't have a period when

10   they can clock in and out.

11     Q      When there is a period to clock in or

12   out, that is a flex time schedule?

13     A      Flex time schedule.

14     Q      Some HRA employees have straight time

15   schedules and some have flex time schedules?

16     A      Correct.

17     Q      How is it determined what kind of

18   schedule an employee will have?

19            MS. SAINT FORT:  Objection to form.

20     A      Depending on the operation and leads.

21   Usually a staff that works administrative

22   positions, you know, it can be any type of

23   employee, manager or no manager, but

24   administrative positions, they have flex

25   schedules, meaning, that they can arrive to

```
 1                    OSPINO
 2      A       Correct.
 3      Q       Actually, above the policy for
 4   lateness there is the meal period section,
 5   Section D, that employees are generally
 6   entitled to a lunch break?
 7      A       Yes.
 8      Q       And that is for one hour?
 9      A       Yes.
10      Q       And then for those -- for staff,
11   employees working a day shift somewhere in
12   between 12:00 and 2:00?
13      A       Yes.
14      Q       And is it the agency's policy to
15   automatically deduct the meal period from the
16   employee's time sheet?
17      A       Yes.  During the implementation,
18   whether the employees were using auto time
19   system, the employees were never mandated to
20   clock in and out to go for lunch, the agency
21   always trust that the employee won't take more
22   than one hour lunch, so they never demanded
23   from the employee to clock in and out to
24   control how long they took for lunch.  So,
25   when the City Time was implemented, they
```

Page 61

                        OSPINO

1

2    decided to do the same thing, you know,

3    because there was a configuration how do you

4    want do you want the employees to clock in,

5    clock out, so it was decided, you know, to

6    leave it exactly the same thing, to trust the

7    employee that they won't take more than one

8    hour.

9        Q      And so, if I understand correctly, an

10   employee is not required to go into City Time

11   at say 12:30 to clock out for their meal

12   period and then clock back in at 1:30?

13       A      It is not mandated.

14       Q      An hour is automatically deducted

15   from that employee's time?

16       A      Yes.

17       Q      Just going for a little bit in this

18   document to Page 6, there is a section for

19   leave policies and the very first part is time

20   recording.  Do you see that?

21       A      Yes.

22       Q      It says, each employee must adhere to

23   establish time and leave policies, procedures

24   and regulations infractions of the time and

25   leave policies, procedures and regulations may

```
 1                     OSPINO
 2   right?
 3      A       Correct.
 4      Q       Monday of the following week?
 5      A       Correct.
 6      Q       What does certified in City Time
 7   mean?
 8      A       When once you complete the time
 9   sheets, the time entries, you know, the first
10   day of your scheduled workday, the following
11   week City Time you are supposed to certify
12   that whatever time entries that you have there
13   are correct, that you have entered all the
14   time that you have worked and then you certify
15   that and you submit your time sheet for
16   approval.
17              MR. RICKSECKER:  Please mark this as
18   Plaintiffs' Exhibit 5.
19              (Time Sheet marked as Plaintiffs'
20   Exhibit 5 for Identification, as of this date.)
21      Q       What has been marked as Plaintiffs'
22   Exhibit 5, do you recognize generally what
23   that document is?
24              (Exhibit handed to witness.)
25      A       It is a screen shot of a time sheet.
```

1             OSPINO

2     Q      Is the certification you were

3   referring to at the bottom of the page?

4     A      Yes.

5     Q      And looking at this page, is there a

6   way to tell if this employee is a flex time or

7   straight time employee?

8     A      No.

9     Q      You said that schedule designation

10  would be in City Time?

11    A      Yes.

12    Q      Where would it be found in City Time?

13    A      It is on another screen.

14    Q      So, going back, I am sorry, going

15  back to the employee time and leave document

16  we were looking at, if we go back to Page 19

17  and at the bottom of that page there is a

18  new -- there is a bullet point that says

19  attendance recorded by data collection device

20  web clock.

21    A      Yes.

22    Q      This basically says that employees

23  who are required to clock in and out on a

24  daily basis must record their time within City

25  Time using the DCD or web clock, correct?

```
 1                    OSPINO
 2      A       Correct.
 3      Q       And that it also notes that employees
 4   should report malfunctioning, I guess, of the
 5   DCD or the web clock to their supervisor?
 6      A       Correct.
 7      Q       Does that happen?
 8      A       Yes.
 9      Q       How frequently does that happen?
10              MS. SAINT FORT:  Objection to form.
11   You can answer.
12      A       Not too frequent, occasionally.
13      Q       For HRA, is it maybe once a month
14   that you hear of a malfunctioning device?
15      A       Maybe less.
16              MS. SAINT FORT:  Objection to form.
17      A       Maybe less frequently.
18      Q       A few times a year?
19      A       Yes.
20      Q       If an employee cannot clock in using
21   the device, how do they submit their time to
22   City Time?
23      A       They have to submit a time punch
24   request, you know, there is a place in City
25   Time where they click on that time punch
```

Page 78

```
 1                    OSPINO
 2    Order Number 7 and the agency procedure
 3    overtime authorization compensation and
 4    control; is that right?
 5       A      Yes.
 6       Q      Are all of those on the HRA intranet?
 7       A      Yes.   That's what it says there.
 8       Q      Are you familiar with those
 9    documents?
10       A      Yes.   I have seen them.   Well, at
11    least the overtime authorization and control.
12    I don't remember right now the Mayoral
13    Executive Order.
14       Q      And then the next paragraph it states
15    that all paid overtime must be preauthorized;
16    is that correct?
17       A      Yes.
18       Q      And that all overtime must be entered
19    into City Time?
20       A      Yes.
21       Q      Approved by the immediate supervisor?
22       A      Yes.
23       Q      And approved by the senior approver?
24       A      Correct.
25       Q      So, that is basically a two step
```

Page 79

1                    OSPINO

2    process?

3      A      Yes.

4      Q      It also notes that credit for

5    authorized overtime shall accrue in units of a

6    quarter of an hour; is that right?

7      A      Yes.

8      Q      But the City Time tracks employee's

9    work time on a minute by minute basis,

10   correct?

11     A      Yes.

12     Q      And then the last sentence in that

13   section in that last paragraph states that any

14   work performed before or after regularly

15   scheduled work hours must be entered and

16   approved in accordance with agency policy?

17     A      Yes.

18     Q      And does that mean that employees can

19   only enter an overtime request for overtime

20   that was preapproved before it was worked?

21     A      This means that overtime has to be

22   preauthorized by the supervisor, overtime has

23   to be entered by the employees and overtime

24   has to be approved by the supervisor and the

25   senior approver.  Now, there are employees,

```
 1                    OSPINO
 2   depending on the area, I know that employees
 3   are authorized to work overtime without --
 4   let's put it in this way, they are preapproved
 5   because of the nature of the work.  I am going
 6   to put example of an employee who is facing a
 7   client.  Those employees are told you are to
 8   go if you are supposed to be leaving, let's
 9   say, at seventeen hours, at 5:00, but they are
10   taking care of a client, they are supposed to
11   continue working with the client until they
12   are done.  So, those type of overtime are like
13   told to them that they can do it, they can go
14   out there, they don't need to stop with the
15   client and go to the supervisor and tell the
16   supervisor can I continue working with the
17   client, no, they know that they can continue
18   and go.  So, what it says here in the policy
19   applies for other type of employees, not the
20   client facing employees.
21      Q      How would they know that?
22      A      How they will know?
23      Q      How would they know preauthorized
24   overtime, the right to preauthorized overtime?
25      A      As I said, it depends on the type of
```

1                    OSPINO

2    they -- it says employee should enter their

3    time as soon as they arrive at work to ensure

4    an accurate paycheck, correct?

5       A       Yes.

6       Q       Are they paid for the time that they

7    clock in?

8               MR. RICKSECKER:  Objection.

9       A       They are paid according to the

10   scheduled hours unless they are scheduled to

11   work pre-overtime.

12      Q       It says --

13      A       I am sorry, no.  I wanted to say that

14   in the floor we can have hundred -- hundred

15   employees in the floor and we have two DCD

16   machines, so we ask them as soon as they are

17   coming to clock in so they won't forget.  It

18   will be more difficult having to make a line

19   if all of them enter and wait for a specific

20   time to start working to start, you know,

21   clocking in and out.

22      Q       It also says, in order to receive a

23   correct paycheck, staff must certify and

24   submit their City Time sheets by the close of

25   business Monday following the week worked; is

1                    OSPINO

2      A      Yes.

3      Q      It says DCD users and ETS users.

4   What is an ETS user?

5      A      Electronic Time Sheet User.

6      Q      Must certify and submit their City

7   Time sheet to their supervisors for approval

8   by close of business Monday following the week

9   worked; is that correct?

10     A      Yes.

11     Q      That is the only way to get paid; is

12  that correct?

13     A      The time sheet must be approved -- I

14  mean, must be submitted and approved.

15     Q      On the next page is a page we have

16  seen similar versions in lots of these other

17  documents.  This is the time sheet page with

18  the certification block; is that correct?

19     A      Yes.

20     Q      Do you see that there is a training

21  block that is in bold in a box that says

22  certify that your time is accurate?

23     A      Yes.  And it also says if there are

24  any errors on your time sheet for which you

25  receive a error message, the system will

1                    OSPINO

2    to the back up approver done through City Time

3    or is it separately like through an email,

4    telephone call or something like that?

5     A       No.  In City Time you can do that

6    yes, of course, there have been prior

7    conversation between the supervisor and the

8    person that they are planning to leave, the

9    back up approver.

10    Q       On Page 19 there are some overtime

11   basic rules?

12    A       Yes.

13    Q       So, all overtime needs to be

14   preauthorized by a supervisor, correct?

15    A       Yes.

16    Q       It says, a staff member needs to work

17   at least one hour during the week to be

18   compensated for overtime?

19    A       Yes.

20    Q       Why is that?

21    A       That is --

22            MS. SAINT FORT:  Objection to form.

23   You can answer.

24    A       That is part of the City wide

25    agreement, agreements between the unions and

Page 1

```
 1                    G. PESTANA
 2     IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
 3     NO.  16-cv-08719(AJN)
       --------------------------------------------- x
 4
       HENRY CAMPBELL, et. al.,
 5
                          Plaintiffs,
 6          v.
 7     CITY OF NEW YORK, NEW YORK,,
 8                          Defendant.
       --------------------------------------------- x
 9
       IN THE UNITED STATES DISTRICT COURT
10     FOR THE SOUTHERN DISTRICT OF NEW YORK
       NO.  1:16-cv-03445-RA-RLE
11     --------------------------------------------- x
12     JEROME ADAMS, MARGARET CHERRY, MICHELLE
       HACKETT, and JUAN TARONJI, et al.,
13
                          Plaintiffs,
14          v.
15     CITY OF NEW YORK, NEW YORK,
16                          Defendant.
17     --------------------------------------------- x
18     CONTINUED ON NEXT PAGE:
19
20          DATE:  July 11, 2018
21          DEPONENT:  Georgia Pestana
22
23     REPORTED BY: Jennifer Cruz
24
25
```

Page 2

```
 1                    G. PESTANA
 2     IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
 3     NO.  16-cv-04240(AJN)
       ----------------------------------------- x
 4
       NICOLE LAWTONE-BOWLES, et. al.,
 5
                           Plaintiffs,
 6          v.
 7     CITY OF NEW YORK, NEW YORK,
 8                         Defendant.
       ----------------------------------------- x
 9
       IN THE UNITED STATES DISTRICT COURT
10     FOR THE SOUTHERN DISTRICT OF NEW YORK
       NO.  16-cv-8072(PKC)
11     ----------------------------------------- x
12     MONIQUE MURRAY, et. al.,
13                           Plaintiffs,
14          v.
15     CITY OF NEW YORK, NEW YORK,
16                         Defendant.
       ----------------------------------------- x
17                  Corporation Counsel
                    100 Church Street
18                  New York, New York
19                  July 11, 2018
                    9:59 a.m.
20
21     CONTINUED ON NEXT PAGE:
22                  Veritext Legal Solutions
                     Mid-Atlantic Region
                    1250 Eye Street NW - Suite 350
23                  Washington, D.C.  20005
24
25
```

Page 3

1                          G. PESTANA

2            EXAMINATION BEFORE TRIAL of DEFENDANT,

3      THE CITY OF NEW YORK, by a witness, GEORGIA

4      PESTANA, by the Respective Parties in the

5      above-entitled action, held at the above time

6      and place, taken before JENNIFER CRUZ, a

7      Professional Shorthand Reporter and Notary

8      Public of the State of New York, pursuant to

9      Notice  and stipulations between Counsel.

10              *           *           *           *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 55

1                    G. PESTANA
2     supervisory staff before" -- underlined --
3     "the work has begun."
4          A.   Yes, I see that.
5          Q.   Okay.  So is that The City's
6     position?
7          A.   The City's policy is that overtime
8     should be authorized before you work it.
9          Q.   Okay.  And then under 3,
10    Definitions, Fair Labor Standards Act, it
11    says:  "The overtime provisions of the
12    federal Fair Labor Standards Act, FLSA,
13    require that overtime be paid at the rate of
14    time and a half of a covered employee's rate
15    of pay for each hour worked in excess of 40
16    hours in a workweek."
17               Is that The City's policy?
18         A.   Yes.
19         Q.   And going back up to paragraph 2
20    regarding "all overtime work is to be
21    approved by appropriate management and
22    supervisory staff before the work is begun,"
23    would you expect both managers and line staff
24    to be familiar with that policy?
25         A.   Yes.

Page 104

                    G. PESTANA

1
2       time in their time sheet as work that they
3       did.  And this goes back to the distinction
4       that I made that's -- that our Collective
5       Bargaining Agreements calculate overtime
6       based on time and pay status, whereas the
7       FLSA is based on time actually worked.  So
8       that is a distinction that was being made
9       here, that that time actually worked is the
10      FLSA overtime threshold as opposed to the
11      contractual rate which kicks in after 40
12      hours, or 35, in pay status which includes
13      holidays, sick leave, annual leave that
14      you're in pay status.
15           Q.   Okay.  And just so I'm clear, how
16      does The City determine hours that are
17      actually worked?
18           A.   The employee records that, reports
19      it.
20           Q.   Okay.  In CityTime?
21           A.   It's -- yes.  CityTime assumes that
22      you worked your regularly scheduled hours
23      unless the employee tells it otherwise.
24           Q.   Okay.
25           A.   It's an exception paid or pay to

Page 105

1                    G. PESTANA

2      schedule system, we use those

3      interchangeably.

4           Q.   Okay.  And so what are -- what's

5      that again?

6           A.   Pay to schedule, an employee will be

7      paid according to their schedule unless they

8      indicate that they didn't work their

9      schedule, they did something either less or

10     more.  And that's the exception, the

11     exception paid system.

12          Q.   Okay.  Does that include, in

13     CityTime, what is classified as

14     non-compensable or uncompensated time?

15               MS. O'CONNOR:  Objection.

16          A.   I don't understand the question.

17          Q.   Okay.  Are you familiar with in

18     CityTime that some time is categorized as

19     either non-compensable or uncompensated?

20          A.   Yes, after the time sheet is

21     submitted you mean?  That some hours come up

22     as non-compensable after it's submitted.

23          Q.   Okay.  And are those -- is that time

24     included as hours actually worked?

25          A.   No.

```
 1                       G. PESTANA
 2      through it and reviewed it a little bit, but
 3      is it safe to say that there's not even a
 4      mention of non-compensable or uncompensated
 5      time in this document?
 6               MS. O'CONNOR:  Objection.
 7          A.    I did not see those -- either of
 8      those two words in here.
 9          Q.    Okay.  But it is true that
10      uncompensated or non-compensable time is a
11      category of recorded time in CityTime?
12          A.    You don't record it as
13      non-compensable.  You record -- the system
14      records your attendance, and if it's outside
15      your scheduled hours and you haven't or
16      somebody else hasn't claimed overtime for it
17      for you, it gets put into a bucket of
18      non-compensable.  So it's not like you're
19      recording, oh, this is my not compensable
20      time.  The system is clocking in your
21      attendance and anything outside your
22      scheduled hours is going to drop into the
23      non-compensable bucket unless you say that
24      was time actually worked and I'm claiming
25      overtime or an approver claims it as overtime
```

 1                         G. PESTANA

 2     for you.

 3          Q.   Right.

 4               So basically non-compensable or

 5     uncompensated -- I keep saying that because I

 6     think the name changed at one point.

 7          A.   Yeah, but it's been non-compensable

 8     for a few years now.

 9          Q.   So non-compensable or uncompensated

10     time is a category of time that is recorded

11     in CityTime; correct?

12               MS. O'CONNOR:   Objection.

13          A.   It's captured.

14          Q.   Okay.   And that the precise amount

15     of time that is uncompensated or

16     non-compensable is recorded, like the time?

17          A.   Yeah, it's in there.

18          Q.   Okay.   So although that's a category

19     of time in CityTime, it is not mentioned in

20     the CityTime training?

21               MS. O'CONNOR:   Objection.

22          A.   It's not mentioned in this CityTime

23     training which is really the mechanics of

24     using the system.

25          Q.   Okay.   Do you know if anyone from

Page 118

1                    G. PESTANA
2         Q.   Okay.  There's the DCD machine,
3    which is a hand scanner; correct?
4         A.   Right.
5         Q.   Or they could use, I guess, the
6    CityTime program on the computer -- on their
7    computer?
8         A.   Yes.
9         Q.   Okay.  A web clock, is that --
10        A.   Yes, that's what we call it.
11        Q.   And regardless of the method they
12   use, the system records the exact minute that
13   they actually clock in and out; correct?
14        A.   Yes.  When you stick your hand in or
15   when you log on, it captures that moment.
16        Q.   Okay.  Are you aware of any
17   employees that are covered by today's -- in
18   the job titles covered by today's deposition
19   that do not have CityTime at their workplace?
20        A.   You mean don't have a DCD or a web
21   clock?
22        Q.   Yes.
23        A.   Motor vehicle operators may not.
24   I'm not sure if they go someplace before they
25   get the car.

Page 120

1                              G. PESTANA

2           A.    I don't.

3           Q.    Okay.  And it's the citywide policy

4     that workers are to clock in at the beginning

5     of their work day; correct?

6                 MS. O'CONNOR:  Objection.

7           A.    They clock in when they arrive at

8     the work site, yeah.

9           Q.    Okay.  And they clock back out at

10    the end of their workday?

11                MS. O'CONNOR:  Objection.

12          A.    Yes.  Some may clock in and out for

13    lunch, as well, but they are at a minimum

14    expected to clock in when they arrive and

15    clock out when they're leaving.

16          Q.    Okay.  And that CityTime system in

17    some way will capture all of that time

18    between the clock in and the clock out time?

19          A.    Yes.  Their attendance at the work

20    site during those two clocks.

21          Q.    Okay.  And we've talked about this a

22    little bit, but CityTime, for the employees

23    at issue in this -- for these depositions,

24    does not treat all recorded time as work

25    time; correct?

Page 121

```
 1                         G. PESTANA
 2         A.    All time that's captured --
 3               MS. O'CONNOR:  Objection.
 4               THE WITNESS:  All time that's
 5           captured by CityTime is not treated as
 6           work time, just the time within your
 7           scheduled hours.
 8         Q.    Right.
 9               And the scheduled shift time is
10     automatically treated as work time; correct?
11         A.    Correct.
12         Q.    Okay.  And we talked a little bit
13     about this in the context of the uniformed
14     employees, but it's safe to say the system
15     could have been set up to automatically treat
16     all of the time between punches as work time;
17     correct?
18               MS. O'CONNOR:  Objection.
19         A.    That would have been the pay to
20     punch programming.
21         Q.    Right.  When implementing CityTime,
22     was there any discussion about which process
23     to use for CityTime --
24         A.    Yes.
25         Q.    -- whether the pay to punch or the
```

```
 1                    G. PESTANA
 2    taking place?
 3         A.   Not on a mass level.  Supervisors
 4    are supposed to make sure their folks are
 5    working when they're supposed to be working
 6    or getting their overtime, but not on a let's
 7    see what everybody's doing, we haven't done
 8    that.
 9         Q.   Okay.  Same with HRA?
10         A.   Correct.
11         Q.   Okay.  And CityTime records by the
12    minute, it rounds for the seconds; is that
13    right?
14         A.   No, the other way; right?
15         Q.   It doesn't capture the seconds, but
16    it rounds up to the minute; is that correct?
17         A.   No.  I thought it does capture the
18    seconds and it rounds up to the -- sort of
19    the opposite.  It captures the seconds and
20    rounds up or down to the minute.
21         Q.   Right.  That's what I meant.
22         A.   Yeah, okay.
23         Q.   And is it safe to say The City has
24    never conducted a study or analysis as to
25    whether the job titles we're here discussing
```

Page 138

                        G. PESTANA
1
2    minutes late?
3         Q.   Right.
4         A.   CityTime will ask you what you want
5    to charge those eight minutes to.
6         Q.   Like leave or --
7         A.   Leave, comp time, whatever it is.
8    And it won't let you submit your time sheet
9    until you've accounted for those eight
10   minutes somehow.
11        Q.   Okay.  And the CityTime system
12   automatically deducts -- I want to make sure
13   I get this right.  Start over.
14             The CityTime system automatically
15   deducts an hour of pay for the meal period?
16             MS. O'CONNOR:  Objection.
17        A.   For most titles.  And the titles
18   that are at issue here, I believe that's
19   true.
20        Q.   Okay.  And I think with the
21   exception of the peace officers and sergeants
22   I believe have a 30-minute meal period, but
23   it would similarly deduct 30 minutes instead
24   of an hour; correct?
25        A.   Again, that's the pay to schedule,

```
 1                    G. PESTANA
 2        A.   Know that they are actually working
 3   I guess is -- the word actually goes in that
 4   sentence.
 5        Q.   Okay.  And at the end of the week
 6   the employees are required to click a button
 7   next to the certification language in order
 8   to get paid for each week; correct?
 9        A.   There's a check box, yes, next to
10   certification language before they hit
11   submit.
12        Q.   Okay.  And if they do not click it,
13   they cannot be paid; is that correct?
14             MS. O'CONNOR:  Objection.
15        A.   They can't submit the time sheet and
16   then they can't be paid unless the time sheet
17   is submitted because then it can't get
18   approved and then it can't get into the
19   system.
20        Q.   Okay.  Exhibit 19, can I have you
21   take a look at that?
22        A.   Sure, mm-hum.
23        Q.   This is the training --
24        A.   The user course.
25        Q.   Yes, the user course.  If I can have
```