USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-13-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEROME ADAMS *et al.*,

                Plaintiffs,

v.

THE CITY OF NEW YORK,

                Defendant.

16-CV-3445 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 3, 2020, the Court adopted Magistrate Judge Aaron's Report and Recommendation, and denied the City's motion for decertification. *See* Dkt. 149. In light of the parties' prior indication that they would move for summary judgment following the resolution of the City's motion for decertification, no later than April 17, 2020, the parties shall jointly file a letter indicating whether any party intends to move for summary judgment and if so, a proposed briefing schedule for the motion(s).

SO ORDERED.

Dated:    April 13, 2020
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge