```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/31/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEROME ADAMS, *et al.*,

                Plaintiffs,

           v.

CITY OF NEW YORK,

                Defendant.

No. 16-CV-3445 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court having considered the parties' cross-motions for summary judgment, *see* Dkts. 153, 157, both motions are denied. Plaintiffs' letter motion to seal, *see* Dkt. 163, is also denied. A written opinion will follow shortly.

    No later than May 3, 2021, the parties are directed to meet and confer and file a status update on the next steps in this litigation, including (a) a statement of whether a referral to Magistrate Judge Aaron for a settlement conference would be productive; and (b) proposed trial dates beginning in September 2021.

    The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 153, 157, and 163.

SO ORDERED.

Dated:    March 31, 2021
               New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge