IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME ADAMS, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>Defendant. | No. 1:16-cv-3445-RA-SDA<br><br>(JURY TRIAL DEMANDED) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF FORTY INELIGIBLE PLAINTIFFS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the voluntary dismissal of the below-listed forty Plaintiffs in the above-captioned case. The dismissals are without prejudice and with no fees or costs. The individuals are:

| # | Last Name | First Name |
|---|---|---|
| 1 | Albergottie | Ida |
| 2 | Allwood | Maria |
| 3 | Appleton | Althea |
| 4 | Askew | Lawrence |
| 5 | Bardliving | Donjya |
| 6 | Beauford | Chadwick |
| 7 | Beekram | Anita |
| 8 | Bethune | Tawana |
| 9 | Callender | Velma |
| 10 | Cameron | Annetta |

1

| | | |
|---|---|---|
| 11 | Clement | Dara |
| 12 | Clue | Denese |
| 13 | Davy | Pamela |
| 14 | Diaz | Armando |
| 15 | Faison | Venessa |
| 16 | Garrett | Joseph |
| 17 | German | Stefani |
| 18 | Gibson | Darlene |
| 19 | Green | Karen |
| 20 | Habersham | Constance |
| 21 | Holder | Suzette |
| 22 | Hope | Wesley |
| 23 | Hyde | Lynnette |
| 24 | Jewels | Marilyn |
| 25 | Kaminsky | Jack |
| 26 | Kouassi | Kouacou |
| 27 | Larsen | Cathy |
| 28 | Louisere | Pierre |
| 29 | Louissaint | Nina |
| 30 | Mitchell-Henry | Julia |
| 31 | Munoz | Catiana |
| 32 | Mwaluko | Helen |
| 33 | Parris | Cherylann |

| 34 | Quinnonez | Tonya |
| 35 | Salau | Obafemi |
| 36 | Santos | Jose |
| 37 | Stettin | Michael |
| 38 | Ward | Natasha |
| 39 | Wooten | Vanessa |
| 40 | Yigzaw | Rahel |

This notice of dismissal pertains only to the claims of the above-listed individuals; all other claims by all other 456 plaintiffs remain pending.

Dated: September 14, 2021

Respectfully submitted,

Andrea O'Connor
Dominique F. Saint-Fort
Office of the Corporation Counsel
of the City of New York
100 Church St., Room 2-139
New York, NY 10007
Phone: (212) 356-2473

*Attorneys for Defendant*

Sara L. Faulman
David Ricksecker
Sarah M. Block
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855

Hope Pordy
SPIVAK LIPTON LLP
1700 Broadway
New York, NY 10019
Phone: (212) 765-2100

*Attorneys for Plaintiffs*

SO ORDERED.

Hon. Ronnie Abrams
09/15/2021