```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEROME ADAMS, *et al.*,

                Plaintiffs,

v.

CITY OF NEW YORK,

                Defendant.

No. 16-CV-3445 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the parties' settlement approval letter. A settlement approval conference is hereby scheduled for November 12, 2021 at 3:00 p.m. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. Pursuant to paragraph 8.1 of the parties' proposed settlement agreement:

> "To object to the settlement, a Plaintiff must appear at the settlement approval conference . . . to voice their objections or, in the alternative, must contact the Court, in writing, to voice their objection and explain all reasons for the objection. A Plaintiff who does not object to the Settlement Agreement does not have to attend the settlement approval conference or take any other action. . . ."

Plaintiffs' counsel shall notify the Plaintiffs of the date of this conference and information about how to access it. Written objections may be submitted by mail to the Court, no later than November 1, 2021, at 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:    September 20, 2021
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge